BENJAMIN F. JOHNSON *v.* LEE E. SARTAIN, ALSO KNOWN AS EDDIE SARTAIN, JOHNNY WELCH, AND ALFRED IMPERIAL, ALSO KNOWN AS FREDDIE IMPERIAL.

No. 4208.

October 25, 1962.

Tsukiyama, C.J., Cassidy, Wirtz, Lewis
AND Mizuha, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Cassidy and Wirtz, JJ., having dissented from the majority in the original opinion, do not concur.

*John R. Desha, II,* for the petition.